## TRAYNHAM *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 47, September Term, 1960.]

*Decided February 20, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application is denied for the reason that the contentions

now made by applicant could have been but were not raised on his first application for post conviction relief, which was denied in the trial court.

*Application denied.*